Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 130
Henderson, NV 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiffs Kathryn O. Stresing and James G. Stresing*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kathryn O. Stresing and James G. Stresing,<br><br>Plaintiffs,<br><br>v.<br><br>Military Star and Experian Information Solutions, Inc.,<br><br>Defendants. | Case No: 2:16-cv-01910-APG-VCF<br>Case No: 2:16-cv-01911-APG-VCF<br><br>**Stipulation of Dismissal of Experian Information Solutions, Inc.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Kathryn O. Stresing and James G. Stresing ("Plaintiffs") and Defendant Experian Information Solutions, Inc. ("Defendant") stipulate to dismiss with prejudice Plaintiffs' claims against Defendant in this consolidated matter only. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 26th day of May 2017

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**NAYLOR & BRASTER**

By: /s/ Jennifer L. Braster
Jennifer L. Braster, Esq.
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: 5/26/2017